JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Nora Ramirez, | Case No. 17-CV-6476-JFW (JCx) |
| Plaintiff, | **ORDER** |
| v. | **HONORABLE JOHN F. WALTER** |
| Barrett Business Services, Inc., | |
| Defendant. | |

### **ORDER**

The Joint Stipulation for Dismissal With Prejudice submitted by Plaintiff NORA RAMIREZ and Defendant BARRETT BUSINESS SERVICES INC. is approved. IT IS ORDERED THAT: the entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(2); and the Parties are to bear their own costs and attorneys' fees.

Dated: April 10, 2018

_____
JOHN F. WALTER
United States District Judge

4825-4362-3777